IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAFF/ROSS HOLDINGS LLP, 400 North Michigan Ave., Ste. 1616 Chicago, IL 60611<br>    Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, A/K/A FREDDIE MAC,<br>    Defendant. | Civil Action No. 07CV796 |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to D.C. Rule LCvR 83.6(a) James F. Bowe, Jr. and David A. Bentley hereby enter their appearance on behalf of Graff/Ross Holdings LLP in the above-captioned matter.

Respectfully submitted,

By: _____
James F. Bowe, Jr.
D.C. Bar No. 366722

_____
David A. Bentley
D.C. Bar No. 460351

Of Counsel:

Kenneth A. Freeling, Esq.
DEWEY BALLANTINE LLP
975 F Street, N.W.
Washington, D.C. 20004-1405
Telephone (202) 862-1000
Facsimile (202) 862-1093

Counsel for Plaintiff
Graff/Ross Holdings LLP

DEWEY BALLANTINE LLP
975 F Street, N.W.
Washington, D.C. 20004-1405
Telephone (202) 862-1000
Facsimile (202) 862-1093

Counsel for Plaintiff
Graff/Ross Holdings LLP

Dated: August 20, 2007

DC1 240837v1