# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of COLUMBIA

Case Number: 1:07-CV-00796-RJL

Plaintiff:
**GRAFF/ROSS HOLDING LLP**

vs.

Defendant:
**FEDERAL HOME LOAN MORTGAGE CORPORATION, A/K/A FREDDIE MAC**

Received by ALIASS on the 29th day of August, 2007 at 12:09 pm to be served on **FEDERAL HOME LOAN CORPORATION A/K/A FREDDIE MAC, 8200 JONES BRANCH DRIVE, MCLEAN, VA 22102**.

I, James L. Hilton, being duly sworn, depose and say that on the **29th day of August, 2007** at **2:30 pm**, I:

served a CORPORATION by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT WITH EXHIBITS 1 AND 2, CIVIL COVER SHEET, CASE MANAGEMENT ORDER and NOTICE OF APPEARANCE** to: **SHERRY REEVES** as **LEGAL CONSULTANT** for **FEDERAL HOME LOAN CORPORATION A/K/A FREDDIE MAC**, at the address of: **8200 JONES BRANCH DRIVE, MCLEAN, VA 22102**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50s, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 90, Hair: Blonde, Glasses: Y

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

STATE OF VIRGINIA

COUNTY OF FAIRFAX

Subscribed and Sworn to before me on the 29th day of August, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires:

Notary Registration Number:
7106318

_____
James L. Hilton
Process Server

**ALIASS**
D.C.J.S.#11-3710
10560 Main Street, Suite 405
Fairfax, VA 22030
(703) 934-6777
Our Job Serial Number: 2007002163

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2b

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

GRAFF/ROSS HOLDINGS LLP,
400 North Michigan Ave., Ste. 1616
Chicago, IL 60611,

                Plaintiff,

**SUMMONS IN A CIVIL CASE**

      V.

FEDERAL HOME LOAN MORTGAGE
CORPORATION, A/K/A
FREDDIE MAC,

                Defendant.    CASE NUMBER: 1:07-CV-00796-RJL

TO: (Name and address of Defendant)

FEDERAL HOME LOAN MORTGAGE CORPORATION, A/K/A FREDDIE MAC
8200 Jones Branch Drive
McLean, Virginia 22102-3110

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James F. Bowe, Jr.
D.C. Bar No. 366722
David A. Bentley
D.C. Bar No. 460351
DEWEY BALLANTINE LLP
975 F Street, NW
Washington, DC 20004-1405
Telephone (202) 862-1000
Facsimile (202) 862-1093

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      AUG 2 8 2007
CLERK                                                   DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                    *Signature of Server*

                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.