IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GRAFF/ROSS HOLDINGS LLP, 400          )
North Michigan Ave., Ste 1616         )
Chicago, IL  60611,                   )
                                      )
            Plaintiff,                )
                                      )
      v.                              )        Civil Action No. 07CV796
                                      )
FEDERAL HOME LOAN MORTGAGE            )
CORPORATION, A/K/A                    )
FREDDIE MAC,                          )
                                      )
            Defendant.                )
                                      )
_____)


**NOTICE OF WITHDRAWAL OF APPEARANCE**
**OF ERIC S. JACKSON**

      Pursuant to LCvR 83.6(b), Eric S. Jackson, the undersigned counsel, hereby withdraws his appearance in the above-captioned matter on consent.  Graff/Ross Holdings LLP will continue to be represented in this matter by Kenneth A. Freeling, Esq., who currently is a partner at Dewey Ballantine LLP, 975 F Street, N.W., Washington, D.C.  20004-1405.  Mr. Freeling entered his appearance on May 1, 2007.  Joining Mr. Freeling as counsel for Graff/Ross Holdings LLP will be James Bowe, Esq., who is also a partner at Dewey Ballantine LLP, 975 F Street, N.W., Washington, D.C.  20004-1405.  Mr. Bowe is entering his appearance as of August 20, 2007.

      The undersigned hereby acknowledge their consent for Mr. Jackson's withdrawal as counsel.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Dated:  August 20, 2007                    By:  s/Eric S. Jackson
                                                Eric S. Jackson (D.C. Bar No. 446657)

                                           1875 Eye Street, N.W., Suite 300
                                           Washington, D.C.  20006
                                           (202) 775-0725

                                           ATTORNEYS FOR PLAINTIFF
                                           GRAFF/ROSS HOLDINGS LLP

                                           Of Counsel:

                                           Kenneth A. Freeling (D.C. Bar No. 336736)
                                           Dewey Ballantine LLP
                                           975 F Street, N.W.
                                           Washington, D.C.  20004-1405
                                           (202) 862-1000

Dated:  August 20, 2007                    GRAFF/ROSS HOLDINGS LLP

                                           By:  s/Richard Graff
                                                Richard Graff
                                                Princiapal