IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAFF/ROSS HOLDINGS LLP<br>400 North Michigan Ave., Ste. 1616<br>Chicago, IL 60611<br>        Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION, A/K/A<br>FREDDIE MAC,<br>        Defendant. | Civil Action No. 07CV796 |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to D.C. Rule LCvR 83.6(a) Matthew J. Moore and Pamela S. Kane hereby enter their appearance on behalf of Federal Home Loan Mortgage, a/k/a Freddie Mac in the above captioned matter.

Respectfully Submitted,

By: *Matthew Moore*
Matthew J. Moore
D.C. Bar No. 453773

*Pamela S. Kane*
Pamela S. Kane
D.C. Bar. No. 451339

HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Counsel for Defendant
Federal Home Loan Mortgage, a/k/a
Freddie Mac