**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

GRAFF/ROSS HOLDINGS LLP, 400
North Michigan Ave., Ste. 1616
Chicago, IL 60611,

          Plaintiff,

v.

FEDERAL HOME LOAN MORTGAGE
CORPORATION, A/K/A
FREDDIE MAC,
          Defendant.

Civil Action No. 07CV796 (RJL)

---

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO:    The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Dewey Ballantine LLP has changed its name to Dewey & LeBoeuf LLP. The office address, telephone and facsimile numbers remain the same.

Dated: October 16, 2007                    Respectfully submitted,

                                            By:   /s/ David A. Bentley

                                            David A. Bentley
                                            D.C. Bar No. 460351
                                            Dewey & LeBoeuf LLP
                                            975 F Street, N.W.
                                            Washington, D.C. 20004-1405
                                            Tel: 202-862-1000
                                            Fax: 202-862-1093

                                            *Counsel for Graff/Ross Holdings LLP*

To:    Matthew J. Moore, Esq.
         D.C. Bar No. 453773
         Pamela S. Kane, Esq.
         D.C. Bar No. 451339
         Howrey LLP
         1299 Pennsylvania Avenue, N.W.
         Washington, D.C. 20004-2402
         Tel: 202-783-0800
         Fax: 202-383-6610