IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAFF/ROSS HOLDING LLP<br>400 North Michigan Ave., Ste. 1616<br>Chicago, Illinois 60611<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION, A/K/A<br>FREDDIE MAC,<br><br>      Defendant. | Civil Action No. 07CV796<br><br><u>DEMAND FOR JURY TRIAL</u> |

**JOINT MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION, A/K/A FREDDIE MAC AND GRAFF/ROSS HOLDINGS LLP FOR EXTENSION OF TIME FOR FREDDIE MAC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

COME NOW Defendant Federal Home Loan Mortgage Corporation, a/k/a Freddie Mac ("Freddie Mac") and Plaintiff Graff/Ross Holdings LLP and file this Joint Motion for Extension of Time to File Answer or Otherwise Respond to the Complaint of Graff/Ross Holdings LLC ("Graff/Ross") and would show the Court the following:

1.    Defendant received a copy of Plaintiff's Complaint on or about August 28, 2007. In order to facilitate discussions between the parties regarding this matter prior to joining issue in the case, the parties stipulated to an extension of time, until November 19, 2007, for Freddie Mac to respond to the Complaint.

2.    Plaintiff and Defendant request additional time to confer in an attempt to resolve or narrow the issues in dispute.

3.   The parties therefore respectfully request the Court extend the date by which Freddie Mac must file its answer or otherwise respond to the Complaint by sixty days, to January 18, 2008.

4.   Counsel for Plaintiff and Defendant have conferred and counsel for Defendant is authorized to file this Motion on behalf of both parties.

WHEREFORE, Graff/Ross Holdings LLP and Freddie Mac respectfully request that the Court grant this motion.

DATED: November 7, 2007.

Respectfully submitted,

/s/ Pamela S. Kane
MATTHEW J. MOORE
PAMELA S. KANE
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys For* **FEDERAL HOME LOAN MORTGAGE CORPORATION**

/s/ Kenneth A. Freeling
KENNETH A. FREELING
JAMES F. BOWE
LISA B. DEUTSCH
DEWEY & LeBOEUF
975 F Street, N.W.
Washington, D.C. 20004-1405
Telephone: (202) 862-1000
Facsimile: (202) 862-1093

*Attorneys for* **GRAFF/ROSS HOLDINGS LLP**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing JOINT MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION, A/K/A FREDDIE MAC AND GRAFF/ROSS HOLDINGS LLP FOR EXTENSION OF TIME FOR FREDDIE MAC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT was served on the 7th day of November, 2007 on the following, via facsimile and first-class mail:

>Kenneth A. Freeling
>DEWEY & LeBOEUF
>975 F Street, N.W.
>Washington, D.C. 20004-1405
>Telephone: (202) 862-1000
>Facsimile: (202) 862-1093

/s/ Pamela S. Kane