UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GRAFF/ROSS HOLDINGS LLP, 400
North Michigan Ave., Ste. 1616
Chicago, IL 60611,

        Plaintiff,

v.

FEDERAL HOME LOAN MORTGAGE
CORPORATION, A/K/A
FREDDIE MAC,
        Defendant.

Civil Action No. 07CV796 (RJL)

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to D.C. Rule LCvR 83.6(a) Lisa B. Deutsch hereby enters her appearance on behalf of Graff/Ross Holdings LLP in the above-captioned matter.

Dated: November 12, 2007

Respectfully submitted,

By: /s/ Lisa B. Deutsch

Lisa B. Deutsch
D.C. Bar No. MI0033
Dewey & LeBoeuf LLP
1301 Avenue of the Americas.
New York, NY 10019
Tel: 212-259-8000
Fax: 212-259-6333

Counsel for Plaintiff
Graff/Ross Holdings LLP