# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GRAFF/ROSS HOLDINGS LLP<br>400 North Michigan Ave., Ste. 1616<br>Chicago, Illinois 60611<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION, A/K/A<br>FREDDIE MAC,<br><br>        Defendant. | Civil Action No. 07CV796<br><br>DEMAND FOR JURY TRIAL |

**JOINT MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION, A/K/A FREDDIE MAC AND GRAFF/ROSS HOLDINGS LLP FOR EXTENSION OF TIME FOR FREDDIE MAC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

COME NOW Defendant Federal Home Loan Mortgage Corporation, a/k/a Freddie Mac ("Freddie Mac") and Plaintiff Graff/Ross Holdings LLP and file this Joint Motion for Extension of Time to File Answer or Otherwise Respond to the Complaint of Graff/Ross Holdings LLC ("Graff/Ross") and would show the Court the following:

1.  Defendant received a copy of Plaintiff's Complaint on or about August 28, 2007. The parties have previously stipulated that Freddie Mac must file its Answer by April 21, 2008. (*See* D.I. 12.)

2.  Plaintiff and Defendant are still engaged in ongoing discussions in an effort to amicably resolve their dispute. To this end, the parties jointly request additional time to confer in an attempt to resolve or narrow the issues in dispute.

3. The parties therefore respectfully request the Court extend the date by which Freddie Mac must file its answer or otherwise respond to the Complaint by sixty days, to June 20, 2008.

4. Counsel for Plaintiff and Defendant have conferred and counsel for Defendant is authorized to file this Motion on behalf of both parties.

WHEREFORE, Graff/Ross Holdings LLP and Freddie Mac respectfully request that the Court grant this motion.

DATED: April 14, 2008

Respectfully submitted,

/s/ Matthew Moore
MATTHEW J. MOORE
PAMELA S. KANE
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys For* **FEDERAL HOME LOAN MORTGAGE CORPORATION**

/s/ Kenneth Freeling
KENNETH A. FREELING
JAMES F. BOWE
LISA B. DEUTSCH
DEWEY & LeBOEUF
975 F Street, N.W.
Washington, D.C. 20004-1405
Telephone: (202) 862-1000
Facsimile: (202) 862-1093

*Attorneys for* **GRAFF/ROSS HOLDINGS LLP**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing JOINT MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION, A/K/A FREDDIE MAC AND GRAFF/ROSS HOLDINGS LLP FOR EXTENSION OF TIME FOR FREDDIE MAC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT was served on the 14th day of April, 2008 on the following, via facsimile and first-class mail:

>
> Kenneth A. Freeling
> DEWEY & LeBOEUF
> 975 F Street, N.W.
> Washington, D.C. 20004-1405
> Telephone: (202) 862-1000
> Facsimile:  (202) 862-1093
>
>
> /s/ Matthew Moore

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAFF/ROSS HOLDINGS LLP )<br>400 North Michigan Ave., Ste. 1616 )<br>Chicago, Illinois 60611 )<br>            )<br>       Plaintiff,    )<br>            ) Civil Action No. 07CV796<br>   v.        )<br>            ) <u>DEMAND FOR JURY TRIAL</u><br>FEDERAL HOME LOAN MORTGAGE )<br>CORPORATION, A/K/A )<br>FREDDIE MAC,    )<br>            )<br>       Defendant.    )<br>            ) | |

**ORDER**

It is hereby ORDERED that Defendant Federal Home Loan Mortgage Corporation, a/k/a Freddie Mac, has until June 20, 2008 to file its Answer or otherwise respond to Plaintiff's Complaint.

_____                                _____

                                                                                    Honorable Judge Richard J. Leon