**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GRAFF/ROSS HOLDINGS LLP )<br>400 North Michigan Ave., Ste. 1616 )<br>Chicago, Illinois 60611, )<br>        )<br>        Plaintiff, )<br>        )<br>    v.    )<br>        )<br>FEDERAL HOME LOAN MORTGAGE )<br>CORPORATION, A/K/A )<br>FREDDIE MAC )<br>8200 Jones Branch Drive, McLean, Virginia )<br>22102, )<br>        )<br>        Defendant. )<br>        ) | Civil Action No. 07CV796<br><br><u>DEMAND FOR JURY TRIAL</u> |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Federal Home Loan Mortgage Corporation a/k/a Freddie Mac ("Freddie Mac"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Freddie Mac which have any outstanding securities in the hands of the public:

Freddie Mac itself is publicly traded. Freddie Mac has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

        Respectfully submitted,

        /s/ Pamela S. Kane

        MATTHEW J. MOORE (D.C. BAR NO. 453773)
        PAMELA S. KANE (D.C. BAR NO. 451339)
        HOWREY LLP
        1299 Pennsylvania Avenue, N.W.
        Washington, D.C.  20004-2402
        Telephone:  (202)  783-0800
        Facsimile:  (202)  383-6610

Date:  August 20, 2008        Attorneys of Record for Defendant
        FEDERAL HOME LOAN MORTGAGE
        CORPORATION.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**, was served on the 20th day of August, 2008 on the following, via facsimile and first-class mail:

> KENNETH A. FREELING
> DEWEY & LEBOEUF
> 975 F Street, N.W.
> Washington, D.C. 20004-1405
> Telephone: (202) 862-1000
> Facsimile:  (202) 862-1093
>
>
> /s/ Pamela S. Kane
> Pamela S. Kane