UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GRAFF/ROSS HOLDINGS LLP,           )
                                   )
            Plaintiff,             )
                                   )
    v.                             )    Civil Case No. 07-796 (RJL)
                                   )
FEDERAL HOME LOAN MORTGAGE         )
CORPORATION,                       )
                                   )
            Defendant.             )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 24th day of September 2012, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation [Dkt. #82] is ADOPTED with the clarifications set forth in the Memorandum Opinion accompanying this Order; it is further

**ORDERED** that defendant's motion to dismiss [Dkt. #35] be, and hereby is, converted into a motion for summary judgment; it is further

**ORDERED** that defendant's motion [Dkt. #35] is GRANTED; it is further

**ORDERED** that defendant's Motion to Appoint a Patent Law Clerk [Dkt. #34] is DENIED as moot; it is further

**ORDERED** that defendant's Motion to Compel Complete Interrogatory Responses and to Strike Plaintiff's Untimely Objection [Dkt. #54] is DENIED as moot; it is further

**ORDERED** the plaintiff's Motion to Compel Production of Relevant Financial and Technological Information [Dkt. #66] is DENIED as moot; it is further

**ORDERED** that any remaining claims and counterclaims pending in the above-captioned case are DISMISSED; and it is further

**ORDERED** that the above-captions case is DISMISSED in its entirety with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge